# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | |
|---|---|
| IN RE:<br>MARK A GOODMAN<br>CARRIE L GOODMAN<br>　　Debtors | Case No. 19-14192-pmm<br><br>Chapter 13 |
| FREEDOM MORTGAGE CORPORATION<br>　　Movant<br><br>vs.<br>MARK A GOODMAN<br>CARRIE L GOODMAN<br>　　Respondents | <br><br><br>11 U.S.C. §362 |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Freedom Mortgage Corporation has filed a Motion for Relief from the Automatic Stay with the Court to permit FREEDOM MORTGAGE CORPORATION to Foreclose on 55 FURNACE ROAD, WERNERSVILLE, PA 19565 .

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

　　1.　　If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 9, 2021 you or your attorney must do all of the following:

　　　　(a)　file an answer explaining your position at:

　　　　　　Clerk's Office, U.S. Bankruptcy Court
　　　　　　　The Gateway Building
　　　　　　　201 Penn Street, Suite 103
　　　　　　　Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　(b)　mail a copy to the Movant's attorney:

　　　　　　Brock and Scott, PLLC
　　　　　　8757 Red Oak Boulevard, Suite 150
　　　　　　Charlotte, NC  28217

       2.       If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

       3.       A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on March 16, 2021 at 10:00 am in Courtroom 4th Floor, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P 9014(d).

       4.       If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

       5.       You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

February 23, 2021