**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | |
|---|---|
| IN RE:<br>MARK A GOODMAN<br>CARRIE L GOODMAN<br>　　Debtors | Case No. 19-14192-pmm |
| FREEDOM MORTGAGE CORPORATION<br>　　Movant | Chapter 13 |
| vs.<br>MARK A GOODMAN<br>CARRIE L GOODMAN<br>　　Respondents | 11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

　　**AND NOW**, this 16th day of March, 2021, at **PHILADELPHIA**, upon Motion of (Movant), it is:

　　**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

　　**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 55 FURNACE ROAD, WERNERSVILLE, PA 19565 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

　　**ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

　　**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Patricia M. Mayer*

_____
Patricia M. Mayer
BANKRUPTCY JUDGE

MARK A GOODMAN
55 FURNACE ROAD
WERNERSVILLE, PA 19565

CARRIE L GOODMAN
55 FURNACE ROAD
WERNERSVILLE, PA 19565