**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARK GOODMAN,      :      CHAPTER 13
    CARRIE GOODMAN,      :
          Debtors,      :      BANKRUPTCY NO: 19-14192

### NOTICE TO CREDITORS- OF HEARING ON DEBTORS MOTION TO RECONSIDER THE ORDER GRANTED MARCH 16, 2021 FOR THE MOTION FOR RELIEF BY FREEDOM MORTGAGE CORPORATION

To the creditors of the above named Debtor and all others in interest:

Please take notice that a hearing will be held at the U.S. Bankruptcy Court on Tuesday, March 23, 2021 at 11 a.m. to consider the Motion of the Debtor filed on March 16, 2021.

                BY THE COURT:

                _____
                **PATRICA M. MAYER**
                **U.S. BANKRUPTCY JUDGE**