United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14192-pmm |
| Mark A. Goodman | Chapter 13 |
| Carrie L. Goodman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Goodman, Carrie L. Goodman, 55 Furnace Road, Wernersville, PA 19565-1405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Carrie L. Goodman NO1JTB@juno.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Mark A. Goodman NO1JTB@juno.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | |
|---|---|
| IN RE:<br>MARK A GOODMAN<br>CARRIE L GOODMAN<br>Debtors | Case No. 19-14192-pmm |
| FREEDOM MORTGAGE CORPORATION<br>Movant | Chapter 13 |
| vs.<br>MARK A GOODMAN<br>CARRIE L GOODMAN<br>Respondents | 11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

   **AND NOW**, this __16th__ day of __March__, 2021, at **PHILADELPHIA**, upon Motion of (Movant), it is:

   **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

   **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 55 FURNACE ROAD, WERNERSVILLE, PA 19565 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

   **ORDERED** that Rule 4001(a)(3) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

   **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*/s/ Patricia M. Mayer*
_____
Patricia M. Mayer
BANKRUPTCY JUDGE


MARK A GOODMAN
55 FURNACE ROAD
WERNERSVILLE, PA 19565

CARRIE L GOODMAN
55 FURNACE ROAD
WERNERSVILLE, PA 19565