UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Mark A. Goodman & Carrie L. Goodman
Bankruptcy No. 19-14192
Adversary No.
Chapter         13

Date:   March 30, 2021

To:     Andrew L. Spivack, Esq.

## NOTICE OF INACCURATE FILING

Re:  Stipulation

The above pleading was filed in this office on **March 29, 2021 .**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

|     |     |
| --- | --- |
| ( ) | Debtor's name does not match case number listed |
| ( ) | Debtor's name and case number are missing |
| ( ) | Wrong PDF document attached |
| ( ) | PDF document  not legible |
| ( ) | Notice of Motion/Objection |
| ( ) | Electronic Signature missing |
| (x) | Other: **Debtor Mark A. Goodman missing from captioning** |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Paul A. Puskar**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04