# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-14192(PMM) |
| MARK A. GOODMAN and | : | |
| CARRIE L. GOODMAN | : | CHAPTER 13 |
| | : | |
| Debtors | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS ON BEHALF OF ALLY BANK

 PLEASE TAKE NOTICE that Ally Bank appears herein by and through its counsel, LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO, and enters its appearance and requests that all notices given or required to be given in this case, whether pursuant to Bankruptcy Rule 2002, 9007, 9010 or Bankruptcy Code Sections 102(1), 342 and 1109(b) or any other provisions of the Bankruptcy Code or Bankruptcy Rules, and all pleadings served or required to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

  Regina Cohen, Esquire
  LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO
  190 North Independence Mall West, Suite 500
  6th and Race Streets
  Philadelphia, PA 19106
  (215) 627-0303

 PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and pleadings referred to in the Rules specified above, but also includes without limitation, Orders and Notices of any application, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way any rights or interest of Ally Bank with respect to (a) debtors, (b) property or proceedings thereof in which debtors may claim an interest or (c) property or proceeds thereof in the possession, custody or control of Ally Bank which debtors may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Ally Bank.

              LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:  April 9, 2021    By:  /s/ Regina Cohen
              Regina Cohen, Esquire
              Attorneys for Ally Bank

2237096v1