IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>MARK A. GOODMAN<br>    Debtor<br><br>CARRIE L GOODMAN<br>    Joint Debtor<br><br>    Debtor(s) | Case No. 19-14192-pmm<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br>MARK A. GOODMAN<br>    Debtor<br><br>CARRIE L GOODMAN<br>    Joint Debtor<br><br>    Respondent(s) | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this 9th day of April, 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge