UNITED STATES BANKRUPCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MARK GOODMAN, | : | CHAPTER 13 |
| CARRIE GOODMAN, | : | |
| Debtors, | : | BANKRUPTCY NO: 19-14192 |

## WITHDRAW MODIFIED CHAPTER 13 PLAN

The petitioner herein withdraws the Modified chapter 13 plan that was filed April 19, 2021.

                                                    **Respectfully submitted by,**

**Dated:** April 30, 2021                       /s/Joseph Bambrick
                                                      **JOSEPH T. BAMBRICK JR, ESQUIRE**
                                                      **ATTORNEY ID 45112**
                                                      **ATTORNEY FOR DEBTOR**
                                                      **529 READING AVENUE**
                                                      **WEST READING PA  19611**
                                                      **Phone 610/372-6400 Fax 610/372/9483**