**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-14192(PMM) |
| MARK A. GOODMAN and | : | CHAPTER 13 |
| CARRIE L. GOODMAN | : | |
| | : | HEARING SCHEDULED FOR |
| Debtors | : | JUNE 8, 2021 AT 10:00 A.M. |

**CERTIFICATE OF SERVICE**

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on May 11, 2021, upon the following individuals:

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED: May 11, 2021        By:  /s/ Regina Cohen
                                Regina Cohen, Esquire
                                Attorneys for Ally Bank

## SERVICE LIST

Joseph T. Bambrick, Jr., Esquire
529 Reading Avenue Suite K
West Reading, PA 19611
(Via ECF Only)


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U. S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Mark A. Goodman
Carrie L. Goodman
55 Furnace Road
Wernersville, PA 19565


2244815v1