UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MARK GOODMAN,    : CHAPTER 13
    CARRIE GOODMAN,    :
        DEBTOR    : BANKRUPTCY NO. 19-14192

## CERTIFICATE OF NO RESPONSE

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on April 30, 2021, a copy of the Motion to Modify Plan was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Mark and Carrie Goodman.

Dated:  May 21, 2021          /s/Joseph Bambrick
                                                  Joseph T. Bambrick, Jr., Esquire
                                                  Attorney ID 45112
                                                  529 Reading Avenue
                                                  West Reading, PA  19611
                                                  610/372-6400