**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **MARK GOODMAN,** | : | **CHAPTER 13** |
| **CARRIE GOODMAN,** | : | |
| **Debtors,** | : | **BANKRUPTCY NO: 19-14192** |

# O R D E R

**AND NOW**, this  28th  day of  May , 2021, upon consideration of the Debtors' Motion to Modify, it is hereby **ORDERED** and **DECREED** that the Debtors' request to modify their mortgage obligation is ***GRANTED***.

**BY THE COURT**

*Patricia M. Mayer*
_____
**PATRICIA MAYER**,
**UNITED STATES BANKRUPTCY JUDGE**