**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-14192(PMM) |
| MARK A. GOODMAN and | : | CHAPTER 13 |
| CARRIE L. GOODMAN | : | |
| | : | HEARING SCHEDULED FOR |
| Debtors | : | JUNE 8, 2021 AT 10:00 A.M. |

**ORDER GRANTING ALLY BANK**
**RELIEF FROM THE AUTOMATIC STAY**
**AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2016 Jeep Cherokee, VIN: 1C4PJMAS9GW333081 (the "Vehicle"); is hereby terminated effective the date of this Order as to the Debtor(s); and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order; and

FURTHER RESOLVED, that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: June 8, 2021**

Copies mailed to:  See attached service list.

## <u>SERVICE LIST</u>

Regina Cohen, Esquire
Lavin, Cedrone, Graver, Boyd & DiSipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106
(215) 627-0303


Joseph T. Bambrick, Jr., Esquire
529 Reading Avenue Suite K
West Reading, PA 19611
(Via ECF Only)


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U. S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Mark A. Goodman
Carrie L. Goodman
55 Furnace Road
Wernersville, PA 19565