United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mark A. Goodman  
Carrie L. Goodman  
    Debtors

Case No. 19-14192-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Jun 08, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark A. Goodman, Carrie L. Goodman, 55 Furnace Road, Wernersville, PA 19565-1405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jun 09 2021 02:19:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Joint Debtor Carrie L. Goodman NO1JTB@juno.com |
| JOSEPH T. BAMBRICK, JR. | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 08, 2021 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Debtor Mark A. Goodman NO1JTB@juno.com

MARIO J. HANYON
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-14192(PMM) |
| MARK A. GOODMAN and | : | CHAPTER 13 |
| CARRIE L. GOODMAN | : | |
| | : | HEARING SCHEDULED FOR |
| Debtors | : | JUNE 8, 2021 AT 10:00 A.M. |

**ORDER GRANTING ALLY BANK**
**RELIEF FROM THE AUTOMATIC STAY**
**AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2016 Jeep Cherokee, VIN: 1C4PJMAS9GW333081 (the "Vehicle"); is hereby terminated effective the date of this Order as to the Debtor(s); and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order; and

FURTHER RESOLVED, that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

*Patricia M. Mayer*

**Date: June 8, 2021**

Patricia M. Mayer
United States Bankruptcy Judge

Copies mailed to: See attached service list.

## SERVICE LIST

Regina Cohen, Esquire
LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106
(215) 627-0303


Joseph T. Bambrick, Jr., Esquire
529 Reading Avenue Suite K
West Reading, PA 19611
(Via ECF Only)


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U. S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Mark A. Goodman
Carrie L. Goodman
55 Furnace Road
Wernersville, PA 19565