| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14192-PMM**

MARK A. GOODMAN
CARRIE L. GOODMAN
55 FURNACE ROAD
WERNERSVILLE  PA    19565

Petition Filed Date: 07/01/2019
341 Hearing Date: 09/10/2019
Confirmation Date: 07/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $352.00 | | 03/09/2020 | $352.00 | | 04/06/2020 | $352.00 | |
| 05/06/2020 | $352.00 | | 06/05/2020 | $352.00 | | 07/06/2020 | $352.00 | |
| 08/05/2020 | $352.00 | | 09/08/2020 | $352.00 | | 10/06/2020 | $352.00 | |
| 11/05/2020 | $352.00 | | 12/07/2020 | $352.00 | | 01/06/2021 | $352.00 | |
| 02/05/2021 | $352.00 | | 03/08/2021 | $352.00 | | 04/05/2021 | $352.00 | |
| 04/30/2021 | $646.56 | | 05/06/2021 | $476.82 | | 06/08/2021 | $476.82 | |

**Total Receipts for the Period: $6,880.20    Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $8,642.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC<br>»» 001 | Secured Creditors | $1,262.34 | $298.68 | $963.66 |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $1,754.74 | $0.00 | $1,754.74 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $6,155.12 | $0.00 | $6,155.12 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 04S | Secured Creditors | $300.00 | $59.19 | $240.81 |
| 5 | FIRST COMMONWEALTH FCU<br>»» 04U | Unsecured Creditors | $3.28 | $0.00 | $3.28 |
| 6 | FREEDOM MORTGAGE CORPORATION<br>»» 005 | Mortgage Arrears | $14,970.17 | $3,542.16 | $11,428.01 |
| 7 | ALLY FINANCIAL<br>»» 06S | Secured Creditors | $116.55 | $16.12 | $100.43 |
| 8 | ALLY FINANCIAL<br>»» 06U | Unsecured Creditors | $2,766.51 | $0.00 | $2,766.51 |
| 9 | SYNCHRONY BANK<br>»» 007 | Unsecured Creditors | $228.57 | $0.00 | $228.57 |
| 10 | FREEDOM MORTGAGE CORPORATION<br>»» 05P | Secured Creditors | $4,881.95 | $0.00 | $4,881.95 |

**Chapter 13 Case No. 19-14192-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,642.40 | Current Monthly Payment: | $476.82 |
| Paid to Claims: | $6,416.15 | Arrearages: | $0.00 |
| Paid to Trustee: | $743.42 | Total Plan Base: | $39,552.24 |
| Funds on Hand: | $1,482.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.