| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-14192-PMM

MARK A. GOODMAN  
CARRIE L. GOODMAN  
55 FURNACE ROAD  
WERNERSVILLE  PA    19565

Petition Filed Date: 07/01/2019  
341 Hearing Date: 09/10/2019  
Confirmation Date: 07/23/2020

Case Status: Dismissed After Confirmation on 6/ 9/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $352.00 | | 04/30/2021 | $646.56 | | 05/06/2021 | $476.82 | |
| 06/08/2021 | $476.82 | | 07/07/2021 | $476.82 | | 08/05/2021 | $476.82 | |
| 09/07/2021 | $476.82 | | 10/12/2021 | $476.00 | | 01/18/2022 | $476.82 | |
| 03/04/2022 | $476.00 | | 04/07/2022 | $476.00 | | 05/05/2022 | $1,000.00 | |
| 05/09/2022 | $476.00 | | 05/25/2022 | $1,000.00 | | | | |

**Total Receipts for the Period: $7,763.48    Amount Refunded to Debtor Since Filing: $926.87    Total Receipts Since Filing: $14,453.68**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC »» 001 | Secured Creditors | $1,262.34 | $619.55 | $642.79 |
| 2 | ONE MAIN FINANCIAL »» 002 | Unsecured Creditors | $1,754.74 | $0.00 | $1,754.74 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $6,155.12 | $0.00 | $6,155.12 |
| 4 | FIRST COMMONWEALTH FCU »» 04S | Secured Creditors | $300.00 | $147.25 | $152.75 |
| 5 | FIRST COMMONWEALTH FCU »» 04U | Unsecured Creditors | $3.28 | $0.00 | $3.28 |
| 6 | FREEDOM MORTGAGE CORPORATION »» 005 | Mortgage Arrears | $14,970.17 | $7,347.25 | $7,622.92 |
| 7 | ALLY FINANCIAL »» 06S | Secured Creditors | $116.55 | $50.33 | $66.22 |
| 8 | ALLY FINANCIAL »» 06U | Unsecured Creditors | $2,766.51 | $0.00 | $2,766.51 |
| 9 | SYNCHRONY BANK »» 007 | Unsecured Creditors | $228.57 | $0.00 | $228.57 |
| 10 | FREEDOM MORTGAGE CORPORATION »» 05P | Secured Creditors | $4,881.95 | $1,625.50 | $3,256.45 |
| 0 | MARK A. GOODMAN | Debtor Refunds | $926.87 | $926.87 | $0.00 |

**Chapter 13 Case No. 19-14192-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,453.68 | Current Monthly Payment: | $919.07 |
| Paid to Claims: | $13,216.75 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,236.93 | Total Plan Base: | $39,552.24 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.